IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

GLADYS CHEGE,

    Plaintiff,

v.      CV 318-051

GEORGIA DEPARTMENT OF JUVENILE
JUSTICE,

    Defendant.

## O R D E R

Before the Court is *pro se* Plaintiff Gladys Chege's motion for leave to appeal *in forma pauperis*. (Doc. No. 25.) Plaintiff did not include in her motion a statement of the issues to be presented on appeal as required by Federal Rule of Appellate Procedure 24(a)(1)(C). Plaintiff's notice of appeal is deficient in the same regard. Because the arguments to be advanced on appeal are not "so obvious" that the Court can make a Rule 24 determination based on the record alone, the Court will allow Plaintiff to file an affidavit stating the grounds for her appeal. See Hamilton v. Downs, 68 F. Supp. 2d 1380, 1382 n.3, 1383 (S.D. Ga. 1999).

Upon the foregoing, Plaintiff is hereby **ORDERED** to file an affidavit enumerating the grounds upon which she intends to appeal within **TEN DAYS** of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE